Samuel D. KELKER, Petitioner-Appellant

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee

No. 17-60061
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed August 10, 2017

Samuel D. Kelker, Pro Se

Robert Joel Branman, Esq., David A. Hubbert, Thomas J. Clark, Supervisory Attorney,U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, William M. Paul, Internal Revenue Service, Washington, DC, for Respondent-Appellee

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: *

The order of the Tax Court is affirmed because all of the procedures have been followed to sustain the notice of determination and the collection due process hearing. The taxpayer Petitioner has had full opportunity to present any objection or evidence on his behalf. The Commissioner was entitled then to move for summary judgment by the Tax Court.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under